# Court of Appeals, State of Michigan

## ORDER

People of MI v Daryl Edward Smith

Docket No. 338634

LC No. 89-003904-01-FC

Peter D. O'Connell
Presiding Judge

Mark J. Cavanagh

Deborah A. Servitto
Judges

The Court orders that the motion for reconsideration is GRANTED.

The Court orders that the unpublished per curiam opinion released on September 20, 2018 in this matter is hereby AMENDED to correct a clerical error: the last paragraph of the opinion should read:

> We vacate the judgment of sentence. We remand to the trial court for reinstatement of Smith's original sentence imposed in 1989. We do not retain jurisdiction.

In all other respects, the September 20, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 0 2 2018
Date

Chief Clerk